# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Keith M. Wilson, individually and on behalf of all other similarly situated individuals,** | ) ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **Mattress Firm, Inc.,** | ) ) ) |
| **Defendant.** | ) |

Civil Action No. 1:15-cv-000407

## **ORDER**

Before the Court is the Joint Motion for Approval of Confidential Settlement Agreement and Request for Entry of Conditional Order of Dismissal (the "Motion"). Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Agreement is APPROVED. The Court will enter a conditional order of dismissal. No later than thirty days following the issuance of the settlement payment to Plaintiff, the parties shall jointly submit an Order dismissing all of Plaintiff's claims in accordance with the terms of the Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same and all attorney's fees borne by the party incurring same,

except to the extent as otherwise provided in the Agreement. The claims of all persons filed a consent to join form are dismissed without prejudice.

**SO ORDERED** this 4th day of December, 2015.

_____
The Honorable Amy Totenberg
United States District Judge