UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---

Keith M. Wilson, individually and on behalf of all other similarly situated individuals,

       Plaintiff,

v.

Mattress Firm, Inc.,

       Defendant.

---

Case No.: 1:15-cv-407-AT

**ORDER**

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party shall bear its own fees and costs unless otherwise agreed.

SO ORDERED this 5th day of January, 2016

                                          _____
                                          The Honorable Amy Totenberg
                                          United States District Judge